# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rachel Weefar, | No. CV18-1416 PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Immanuel Campus of Care Foundation, an Arizona corporation, | |
| Defendants. | |

The Court has been advised that this case has settled. Doc. 20.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated.

3. All pending motions are found to be moot.

4. The Clerk is directed to **terminate** this matter on **March 28, 2019** without further leave of Court.

Dated this 26th day of February, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge